1   MARC E. MAYER (SBN 190969)
        mem@msk.com
2   JAMES D. BERKLEY (SBN 347919)
        jdb@msk.com
3   MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
4   Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
5   Facsimile: (310) 312-3100

6   MARISSA B. LEWIS (*pro hac vice pending*)
        mbl@msk.com
7   MITCHELL SILBERBERG & KNUPP LLP
    437 Madison Ave., 25th Floor
8   New York, NY 10022
    Telephone: (212) 509-3900
9   Facsimile: (212) 509-7239

10  Attorneys for Plaintiff
    Licensing IP International S.Á R.L.

11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  LICENSING IP INTERNATIONAL S.Á R.L.,     CASE NO. 3:24-CV-02800

16              Plaintiff,                    ***IN REM* COMPLAINT FOR TRANSFER
                                             OF DOMAIN NAMES FOR VIOLATION**
17          v.                               **OF THE ANTI-CYBERSQUATTING
                                             CONSUMER PROTECTION ACT**
18  MYDIRTYHOBBY.TO, a domain name;
    MDH.TO, a domain name; WATCHMDH.TO,
19  a domain name; and DOES 1-10, inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

16451558

                                                    CASE NO. 3:24-cv-02800
              **IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

Plaintiff Licensing IP International S.à r.l. ("Plaintiff"), by and through its attorneys of record, complains and alleges against the domain names <mydirtyhobby.to>, <mdh.to>, <watchmdh.to>, and Does 1-10 (collectively, "Defendants") as follows:

## NATURE OF THE CASE

1.      This is an *in rem* action for cybersquatting under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) ("ACPA"), filed in this District pursuant to 15 U.S.C. § 1125(d)(2)(C) in that the registrar and/or registry operator for each of the Disputed Domain Names (as defined in Paragraph 5 below) is situated in this District.

2.      Plaintiff's valuable trademark rights in the distinctive and federally-registered MDH® Trademarks (as defined in Paragraph 13 below) have been deliberately infringed through the bad-faith registration and use of the Disputed Domain Names, which are confusingly similar to the MDH® Trademarks and are used in conjunction with websites that prominently feature the MDH® Trademarks and distribute the same or similar adult entertainment content as distributed on Plaintiff's MDH Website (as defined in Paragraph 12 below).

3.      Accordingly, Plaintiff files this action to obtain ownership of the Disputed Domain Names.  Specifically, Plaintiff seeks an Order from this Court requiring the domain name registrar and/or registry operator to transfer the Disputed Domain Names to Plaintiff.

## PARTIES

4.      Plaintiff Licensing IP International S.à r.l. is a *société à responsabilité limitée* (private limited liability company) organized under the laws of Luxembourg, with its principal place of business in Luxembourg.

5.      Defendants <mydirtyhobby.to>, <mdh.to>, and <watchmdh.to> (collectively, the "Disputed Domain Names") are ".to" domain names registered through the Kingdom of Tonga's domain name registrar and/or registry service, namely, Tonga Network Information Center a/k/a Tonic (the "Tonga Registrar"), which is located in this District.  The Tonga Registrar administers and controls all domain names with the top-level domain suffix ".to,"[1] including the Disputed Domain Names, and identifies its California consulate located in Burlingame, California as its

---

[1] *See* http://tonic.to.

**IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

Mitchell
Silberberg &
Knupp LLP

16451558

administrative contact.  Attached hereto as **Exhibit A** is a true and correct printout of the "Delegation Record for .TO," available at https://www.iana.org/domains/root/db/to.html, providing contact information for the Tonga Registrar.  The Tonga Registrar has indicated in a recent filing with the California Secretary of State that it maintains a principal place of business in Tiburon, California and it lists an address in San Quentin, California on its website.[2]

6.     Does 1 through 10, inclusive (collectively, the "Doe Defendants"), are the persons and/or entities that registered, own, and/or license the Disputed Domain Names.  Plaintiff is informed and believes, and on that basis alleges, that the Doe Defendants are legally responsible in some capacity for the acts alleged in this Complaint and have proximately caused the alleged damages and injuries to Plaintiff.  The Tonga Registrar keeps from public view all information concerning the actual identity of registrants of ".to" domain names.  Thus, the true identities and capacities of the Doe Defendants presently are unknown to Plaintiff.  In the event such information is ascertained by Plaintiff through further investigation subsequent to the filing of this Complaint, Plaintiff will seek leave from this Court to amend this Complaint accordingly.

## JURISDICTION AND VENUE

7.     This is a civil action for cybersquatting in violation of the federal Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

8.     This Court has original jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

9.     This Court has *in rem* jurisdiction over the Disputed Domain Names pursuant to 15 U.S.C. § 1125(d)(2)(C) because the Disputed Domain Names form the primary property that is the subject of this action and are deemed to be located in the judicial district where the domain name registry is located.  As set forth above, the Disputed Domain Names are registered with the Tonga Registrar, which is located in this District.

10.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(c) in that the registrar and/or registry service for each of the Disputed Domain Names is situated in this judicial district, and the property that is the subject of the action is situated in this judicial district.

---

[2] *See* https://tonic.to/faq.thm.

11.     Joinder of the Disputed Domain Names is proper pursuant to Fed. R. Civ. P. 20(a)(2) in that the *in rem* claim set forth herein appears to arise out of the same series of transactions and/or occurrences and involve the same questions of law and/or fact. Specifically, for example, in the case of each of the Disputed Domain Names, a person and/or entity registered a domain name with the Tonga Registrar that incorporates one of Plaintiff's MDH® Trademarks (as defined below) in its entirety, either on its own or combined with a term that lacks distinctiveness and/or any identifying function, without Plaintiff's authorization or consent, and is using such Disputed Domain Name in connection with an adult entertainment website that prominently features the MDH® Trademarks—all of which is likely to create confusion among consumers.

## FACTS COMMON TO ALL COUNTS

### A.     Plaintiff and the MDH® Trademarks

12.     Plaintiff and its affiliated entities operate and/or own many well-known adult entertainment websites, including the website located at the domain name <mydirtyhobby.com> (the "MDH Website"), which was first registered by Plaintiff's predecessor-in-interest on or about April 28, 2006.

13.     For many years, Plaintiff and its affiliated entities, and their predecessors-in-interest, have owned and used the name MY DIRTY HOBBY® and the abbreviation MDH® in plain text and stylized form (collectively, the "MDH® Trademarks") in commerce in the United States and numerous jurisdictions around the world in connection with adult entertainment content and websites, including the MDH Website.

14.     Through years of extensive use and promotion, Plaintiff and its affiliated entities, and their predecessors-in-interest, have developed substantial goodwill in the MDH® Trademarks: the relevant consuming public readily identifies the MDH® Trademarks as being associated with high-quality adult entertainment content and websites.

15.     Plaintiff owns multiple trademark registrations for the MDH® Trademarks around the world, including in the United States. Plaintiff's most pertinent registrations for the MDH® Trademarks in the United States (collectively, the "Registrations") are identified in the chart below.

Mitchell
Silberberg &
Knupp LLP
16451558

**IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

Attached hereto as **Exhibit B** are true and correct copies of the certificates issued by the United States Patent and Trademark Office for such Registrations.

| Trademark | Reg. No./Date | Relevant Goods and/or Services |
|---|---|---|
| MY DIRTY HOBBY | No. 4,630,491 Nov. 4, 2014 | <u>Class 38:</u> Video-on-demand transmission services; electronic, electric and digital transmission of voice, data and images, all in the field of adult entertainment |
| MY DIRTY HOBBY (stylized) | No. 6,269,400 Feb. 26, 2021 | <u>Class 38:</u> Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to videos via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, bulletin boards and chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes <br><br> <u>Class 41:</u> Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class <br><br> <u>Class 42:</u> Providing a website allowing users to download videos and photos in the field of adult entertainment |
| MY DIRTY HOBBY (stylized) | No. 7,135,931 Aug, 15, 2023 | <u>Class 38:</u> Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to video content |

**IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

Mitchell Silberberg & Knupp LLP

16451558

| Trademark | Reg. No./Date | Relevant Goods and/or Services |
|---|---|---|
| | | provided via a video-on-demand service via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, online electronic bulletin boards and internet chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes |
| | | <u>Class 41:</u> Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class |
| | | <u>Class 42:</u> Providing a website allowing users to download videos and photos in the field of adult entertainment |
| MDH | No. 6,193,062 Nov. 10, 2020 | <u>Class 38:</u> Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to videos via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, bulletin boards and chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web |

**IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

Mitchell Silberberg & Knupp LLP

16451558

| Trademark | Reg. No./Date | Relevant Goods and/or Services |
|---|---|---|
| | | messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes<br><br>Class 41:  Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class<br><br>Class 42:  Providing a website allowing users to download videos and photos in the field of adult entertainment |

16.     The Registrations for the MDH® Trademarks are valid and in full force and effect, and Registration No. 4,630,491 for MY DIRTY HOBBY® has become incontestable pursuant to 15 U.S.C. § 1065.

**B.     The Disputed Domain Names**

17.     Subsequent to the creation and development of the MDH Website and the well-known brand under the MDH® Trademarks, the Doe Defendants registered the Disputed Domain Names <mydirtyhobby.to>, <mdh.to>, and <watchmdh.to> and began using same for adult entertainment websites.

18.     The Disputed Domain Names consist of and/or contain the exact trademarks owned and used by Plaintiff—particularly, MY DIRTY HOBBY® and MDH®—but with the top-level domain suffix ".to," which is the top-level domain pertaining to the Kingdom of Tonga, and one with the generic word "watch".

19.     In addition, the websites located at the Disputed Domain Names prominently feature the MDH® Trademarks and distribute the same or similar adult entertainment content, including content under license and distributed via Plaintiff's MDH Website pursuant to Plaintiff's license agreements with third parties.

Mitchell
Silberberg &
Knupp LLP

16451558

**IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

20.    Upon information and belief, Defendants intentionally have registered and/or use the Disputed Domain Names for the purpose of capitalizing upon and profiting from consumer recognition of Plaintiff's MDH® Trademarks and the popular MDH Website.  This is further illustrated by the misleading statements on the websites at the Disputed Domain Names.  For example, the website at the Disputed Domain Name <watchmdh.to> includes statements such as "Your #1 source for mydirtyhobby clips" and "MyDirtyHobby Streams in FULL HD."

21.    Neither Plaintiff nor any of its affiliated entities or their predecessors have ever authorized, consented, or otherwise permitted Defendants to register the Disputed Domain Names or use the MDH® Trademarks in any way.

22.    Defendants' illegal activities are conducted through the Disputed Domain Names, which constitute property located in this District because they are controlled by the Tonga Registrar, which as set forth above, is located in this Judicial District and has allowed the true registrants and owners of the Disputed Domain Names to remain hidden.

## FIRST CAUSE OF ACTION

### Violation of the Anti-Cybersquatting Consumer Protection Act

### (Section 43(d) of the Lanham Act, 15 U.S.C. §1125(d))

23.    Plaintiff re-alleges and incorporates by reference the allegations in Paragraphs 1 through 22, as if set forth fully herein.

24.    Plaintiff owns all right, title, and interest in and to the MDH® Trademarks, including the Registrations therefor.

25.    Plaintiff's MDH® Trademarks are valid, protectable, and distinctive trademarks that Plaintiff and its affiliated entities, and their predecessors-in-interest, have used continuously in conjunction with adult entertainment websites, including the MDH Website, for many years.  In addition, Plaintiff's Registration No. 4,630,491 for MY DIRTY HOBBY® has become incontestable pursuant to 15 U.S.C. § 1065.

26.    Without Plaintiff's authorization or consent, and having knowledge of Plaintiff's prior rights in the MDH® Trademarks, the Disputed Domain Names incorporate Plaintiff's MDH® Trademarks in their entireties and are used in conjunction with adult entertainment websites which

Mitchell
Silberberg &
Knupp LLP

16451558

not only feature Plaintiff's MDH® Trademarks, but also offer the some of the same content that is available on Plaintiff's MDH Website.

27.     Defendants' unauthorized use of the MDH® Trademarks and/or confusingly similar designations is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendants' goods and/or services are manufactured, produced, distributed, endorsed, sponsored, approved, or otherwise affiliated with Plaintiff.

28.     Defendants' actions complained of herein were intentional, willful, and malicious, and were undertaken with a deliberate bad faith intent to create consumer confusion, divert consumers from the actual MDH Website, and capitalize and profit from the goodwill associated with the Plaintiff's valuable MDH® Trademarks and the popular MDH Website.

29.     Plaintiff is informed and believes, and that basis alleges, that as a proximate result of the unfair advantage accruing to Defendants from deceptively trading on Plaintiff's advertising, sales, and consumer recognition, Defendants have made substantial profits in amounts to be established according to proof.  Moreover, as a proximate result of the unfair advantage accruing to Defendants from deceptively trading on Plaintiff's advertising, sales, and consumer recognition, Plaintiff has been substantially damaged.

30.     Plaintiff is informed and believes, and that basis alleges, that unless restrained by the Court, Defendants will continue to infringe the Plaintiff's MDH® Trademarks, thereby engendering a multiplicity of judicial proceedings, and that financial compensation will not afford Plaintiff adequate relief for the damage to its trademarks in the public perception. Further, Plaintiff is informed and believes and thereon alleges that in the absence of injunctive relief, customers are likely to continue to be mistaken or deceived as to the true source, origin, sponsorship, and affiliation of Defendants and their infringing goods and services.

31.     Plaintiff is informed and believes, and on that basis alleges, that Defendants' acts were committed, and continue to be committed, with actual notice of Plaintiff's exclusive rights and with an intent to cause confusion, to cause mistake, and/or to deceive, and cause injury to the reputation and goodwill associated with Plaintiff and Plaintiff's products and services.

Mitchell
Silberberg &
Knupp LLP

16451558

8    CASE NO. 3:24-cv-02800
**IN REM COMPLAINT FOR TRANSFER OF DOMAIN NAMES**

1    32.    Plaintiff is entitled to transfer and/or cancellation of the Disputed Domain Names

2 under 15 U.S.C. § 1125(d)(2)(D).

3                            **PRAYER FOR RELIEF**

4    WHEREFORE, Plaintiff respectfully requests the following relief against Defendants as

5 follows:

6    33.    For an order requiring the Tonga Registrar to transfer the Disputed Domain Names

7 to Plaintiff immediately;

8    34.    For Plaintiff's reasonable attorneys' fees;

9    35.    For all costs of suit; and

10    36.    For such other and further relief as the Court may deem just and equitable.

11                            **DEMAND FOR JURY TRIAL**

12    Plaintiff hereby demands trial by jury of all issues so triable under the law.

13

14 DATED: May 9, 2024                    MARC E. MAYER
                                        JAMES D. BERKLEY
15                                      MARISSA B. LEWIS (*pro hac vice pending*)
                                        MITCHELL SILBERBERG & KNUPP LLP
16

17

18    By: */s/ Marc E. Mayer*
                                           Marc E. Mayer
19                                         Attorneys for Plaintiff
                                           Licensing IP International S.à r.l.
20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

16451558

# EXHIBIT A

## iana
Internet Assigned Numbers Authority

Domains  Protocols  Numbers  About

# Delegation Record for .TO

### Domain Names

Overview
**Root Zone Management**
   Overview
   **Root Database**
   Hint and Zone Files
   Change Requests
   Instructions & Guides
   Root Servers
.INT Registry
.ARPA Registry
IDN Practices Repository
Root Key Signing Key (DNSSEC)
Reserved Domains

(Country-code top-level domain)

## ccTLD Manager

**Government of the Kingdom of Tonga**
**H.R.H. Crown Prince Tupouto'a**
**c/o Consulate of Tonga**
1350 Bayshore Hwy
Suite 610
Burlingame CA 94010
United States of America (the)

## Administrative Contact

**Eric Gullichsen**
Government of the Kingdom of Tonga H.R.H. Crown Prince Tupouto'a c/o Consulate of Tonga
1350 Bayshore Hwy
Suite 610
Burlingame CA 94010
United States of America (the)
**Email:** egullich@colo.to
**Voice:** +1 415 462 3014
**Fax:** +1 415 789 0522

## Technical Contact

**Eric Gullichsen**
Government of the Kingdom of Tonga H.R.H. Crown Prince Tupouto'a c/o Consulate of Tonga
1350 Bayshore Hwy
Suite 610
Burlingame CA 94010
United States of America (the)
**Email:** egullich@colo.to
**Voice:** +1 415 462 3014
**Fax:** +1 415 789 0522

## Name Servers

| HOST NAME | IP ADDRESS(ES) |
| --- | --- |
| cd5.tonic.to | 185.136.96.197 |
| cd6.tonic.to | 185.136.97.197 |
| cd7.tonic.to | 185.136.98.197 |
| cd8.tonic.to | 185.136.99.197 |
| frankfurt.tonic.to | 46.101.233.168 |
| helsinki.tonic.to | 95.216.159.42 |
| newyork.tonic.to | 162.243.211.202 |
| singapore.tonic.to | 188.166.187.0 |
| sydney.tonic.to | 104.156.232.193 |
| tonic.to | 149.28.204.240 |

## Registry Information

**URL for registration services:** http://www.tonic.to/
**WHOIS Server:** whois.tonic.to

*Record last updated 2023-08-16. Registration date 1995-12-18.*

12

**Domain Names**          Root Zone Registry   .INT Registry   .ARPA Registry   IDN Repository

**Number Resources**      Abuse Information

**Protocols**             Protocol Registries   Time Zone Database

**About Us**              Performance   Reports   Reviews   Excellence   Contact Us

The IANA functions coordinate the Internet's globally unique identifiers, and are provided by **Public Technical Identifiers**, an affiliate of **ICANN**.

**Privacy Policy   Terms of Service**

13

# EXHIBIT B



# United States of America
## United States Patent and Trademark Office

# My Dirty Hobby

**Reg. No. 4,630,491**

**Registered Nov. 4, 2014**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MG LICENSING EUROPE S.A.R.L. (LUXEMBOURG S.A.R.L.)
32 BOULEVARD ROYAL
L-2449 LUXEMBOURG
LUXEMBOURG

FOR: VIDEO-ON-DEMAND TRANSMISSION SERVICES; ELECTRONIC, ELECTRIC AND DIGITAL TRANSMISSION OF VOICE, DATA AND IMAGES, ALL IN THE FIELD OF ADULT ENTERTAINMENT , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1207304 DATED 8-22-2013, EXPIRES 8-22-2023.

SER. NO. 79-148,573, FILED 8-22-2013.

TASNEEM HUSSAIN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-04-24 14:47:53 EDT |
| **Mark:** | MY DIRTY HOBBY |

# My Dirty Hobby

| | | | |
|---|---|---|---|
| **US Serial Number:** | 79148573 | **Application Filing Date:** | Aug. 22, 2013 |
| **US Registration Number:** | 4630491 | **Registration Date:** | Nov. 04, 2014 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | A Section 71 declaration has been accepted. |
| **Status Date:** | Feb. 18, 2020 |
| **Publication Date:** | Aug. 19, 2014 |

---

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MY DIRTY HOBBY |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

---

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1207304 |
| **International Registration Date:** | Aug. 22, 2013 |

---

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Video-on-demand transmission services; electronic, electric and digital transmission of voice, data and images, all in the field of adult entertainment | | |
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 66(a) | | |

---

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Licensing IP International S.A R.L. |
| **Owner Address:** | 32 boulevard Royal<br>L-2449 Luxembourg<br>LUXEMBOURG |
| **Legal Entity Type:** | S.A.R.L. |
| **State or Country Where Organized:** | The data cannot be loaded |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Docket Number:** | 43277-00660 |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Alesha M. Dominique<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 Century Park East<br>18th Floor<br>LOS ANGELES, CALIFORNIA UNITED STATES 90067 |
| **Correspondent e-mail:** | Trademark@msk.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 12, 2024 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Nov. 04, 2023 | COURTESY REMINDER - SEC. 71 (10-YR) E-MAILED | |
| Jun. 23, 2023 | INTERNATIONAL REGISTRATION RENEWED | |
| May 22, 2022 | CHANGE OF OWNER RECEIVED FROM IB | |
| Apr. 16, 2021 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Nov. 27, 2020 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Oct. 30, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 30, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 30, 2020 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Oct. 30, 2020 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 30, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 30, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 30, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 18, 2020 | NOTICE OF ACCEPTANCE OF SEC. 71 - E-MAILED | |
| Feb. 18, 2020 | SEC. 15 ACKNOWLEDGEMENT - E-MAILED | |
| Feb. 18, 2020 | REGISTERED - SEC. 15 ACKNOWLEDGED | |
| Feb. 18, 2020 | REGISTERED-SEC.71 ACCEPTED | |
| Feb. 06, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Dec. 23, 2019 | TEAS SECTION 71 RECEIVED | |
| Dec. 23, 2019 | TEAS SECTION 15 RECEIVED | |
| Nov. 04, 2019 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED | |
| Feb. 21, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 17, 2017 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Feb. 13, 2015 | NOTIFICATION PROCESSED BY IB | |
| Jan. 26, 2015 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Jan. 26, 2015 | FINAL DISPOSITION PROCESSED | |
| Dec. 04, 2014 | GRANT OF PROTECTION CREATED, TO BE SENT TO IB | |
| Nov. 13, 2014 | NEW REPRESENTATIVE AT IB RECEIVED | |
| Nov. 04, 2014 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 18, 2014 | CHANGE OF NAME/ADDRESS REC'D FROM IB | |
| Aug. 19, 2014 | PUBLISHED FOR OPPOSITION | |

| | |
|---|---|
| Jul. 30, 2014 | NOTICE OF PUBLICATION |
| Jul. 15, 2014 | APPLICATION FILING RECEIPT MAILED |
| Jul. 14, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jul. 10, 2014 | ASSIGNED TO EXAMINER |
| Jul. 10, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 07, 2014 | LIMITATION FROM ORIGINAL APPLICATION ENTERED |
| Jul. 03, 2014 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| International Registration Number: | 1207304 | International Registration Date: | Aug. 22, 2013 |
| Intl. Registration Status: | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | Date of International Registration Status: | Jul. 03, 2014 |
| Notification of Designation Date: | Jul. 03, 2014 | Date of Automatic Protection: | Jan. 03, 2016 |
| International Registration Renewal Date: | Aug. 22, 2033 | | |
| First Refusal Flag: | No | | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMO LAW OFFICE 118 | Date in Location: | Feb. 18, 2020 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: | 2 | Registrant: | MG Licensing Europe S.A.R.L. |

**Assignment 1 of 2**

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME | | |
| Reel/Frame: | 5532/0673 | Pages: | 2 |
| Date Recorded: | Sep. 18, 2014 | | |
| Supporting Documents: | assignment-tm-5532-0673.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | MANWIN LICENSING EUROPE S.A.R.L. | Execution Date: | Apr. 28, 2014 |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | MG LICENSING EUROPE S.A.R.L. | | |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | NOT PROVIDED |
| Address: | 32 BOULEVARD ROYAL L-2449 LUXEMBOURG, LUXEMBOURG | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MG LICENSING EUROPE S.A.R.L. |
| Correspondent Address: | 32 BOULEVARD ROYAL L-2449 LUXEMBOURG LUXEMBOURG |

**Domestic Representative - Not Found**

**Assignment 2 of 2**

18

|  |  |  |  |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 7717/0096 | **Pages:** | 2 |
| **Date Recorded:** | May 19, 2022 | | |
| **Supporting Documents:** | assignment-tm-7717-0096.pdf | | |

### Assignor

|  |  |  |  |
|---|---|---|---|
| **Name:** | MG LICENSING EUROPE S.A.R.L. | **Execution Date:** | May 03, 2022 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

### Assignee

|  |  |  |  |
|---|---|---|---|
| **Name:** | LICENSING IP INTERNATIONAL S.A R.L. | | |
| **Legal Entity Type:** | S.A.R.L. | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | 32 BOULEVARD ROYAL L-2449 LUXEMBOURG, LUXEMBOURG | | |

### Correspondent

|  |  |
|---|---|
| **Correspondent Name:** | LICENSING IP INTERNATIONAL S.A R.L. |
| **Correspondent Address:** | 32 BOULEVARD ROYAL L-2449 LUXEMBOURG LUXEMBOURG |

### Domestic Representative - Not Found

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,269,400**
**Registered Feb. 16, 2021**
**Int. Cl.: 35, 38, 41, 42**
**Service Mark**
**Principal Register**

MG Licensing Europe S.A.R.L.  (LUXEMBOURG LIMITED LIABILITY COMPANY)
32 Boulevard Royal
Luxembourg, LUXEMBOURG L-2449

CLASS 35: Retail store services featuring CDs, DVDs and digital optical storage media containing movies; online retail store services and retail store services featuring gels for use as personal lubricants sexual stimulant gels, topical preparations, namely, gels for enhancing sexual arousal, enjoyment and response, mobile phone cases, pre-recorded films, tapes and disks, electronic publications, mouse mats, sunglasses, computer games, computer application software for mobile phones, tablets, portable media players, and handheld computers, namely, software for use in anonymous browsing, encryption, anti-tracking protection; online retail store services and retail store services featuring software for network protection, privacy protection, data compression, and data leakage prevention, and magnets, phone hand stands, sex toys, clocks, key rings, key cases, printed matter, writing implements, calendars, diaries, personal organizers, posters, photographs, beer mats, coasters, napkins and serviettes, paper table cloths, promotional decals, pens, pencils, calendars, event programs, gift cards, stickers, bags, cases, skins and hides, umbrellas, parasols; online retail store services and retail store services featuring walking sticks, belts, billfolds, wallets, purses, portfolios, whips, harness, mugs, bottles, porcelain wares, cups, dishware, earthenware, towels, pillows, pillow covers, canvas, bed linen, kitchen linen, table linen, bath linen, clothing, shoes, hats, caps, sandals, belts, boots, footwear, headwear, clothing patches, patches, pins, hair ornaments, ornamental novelty badges, feathers for ornamentation, novelty buttons, shoe ornaments, playing cards, cards; online retail store services and retail store services featuring video game machines for use with television, parlor games, games, electronic cigarettes, cartridges sold filled with propylene glycol for electronic cigarettes; online advertising in the field of adult entertainment

CLASS 38: Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to videos via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, bulletin boards and chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



20

user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes

CLASS 41: Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class

CLASS 42: Providing a website allowing users to download videos and photos in the field of adult entertainment

The color(s) black, red, and white is/are claimed as a feature of the mark.

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018147940, FILED 11-06-2019, REG. NO. 018147940, DATED 05-22-2020, EXPIRES 06-11-2029

The mark consists of the stylized wording "MY DIRTY HOBBY" and design. The wording "MY" and "HOBBY" are black. The word "DIRTY" is white on a red stylized background. Other than as described, the color white represents background, outlining, shading, and/or transparent areas and is not part of the mark.

SER. NO. 88-690,121, FILED 11-12-2019

Generated on: This page was generated by TSDR on 2024-04-24 15:20:58 EDT

Mark: MY DIRTY HOBBY



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88690121 | **Application Filing Date:** | Nov. 12, 2019 |
| **US Registration Number:** | 6269400 | **Registration Date:** | Feb. 16, 2021 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Feb. 16, 2021

**Publication Date:** Dec. 01, 2020

## Mark Information

**Mark Literal Elements:** MY DIRTY HOBBY

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "MY DIRTY HOBBY" and design. The wording "MY" and "HOBBY" are black. The word "DIRTY" is white on a red stylized background. Other than as described, the color white represents background, outlining, shading, and/or transparent areas and is not part of the mark.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) black, red, and white is/are claimed as a feature of the mark.

**Design Search Code(s):** 26.11.21 - Rectangles that are completely or partially shaded
26.11.28 - Miscellaneous designs with overall rectangular shape; Rectangular shapes (miscellaneous overall shape)

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 018147940 | **Foreign Application Filing Date:** | Nov. 06, 2019 |
| **Foreign Registration Number:** | 018147940 | **Foreign Registration Date:** | May 22, 2020 |
| **Foreign Application/Registration Country:** | EUROPEAN UNION | **Foreign Expiration Date:** | Nov. 06, 2029 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Retail store services featuring CDs, DVDs and digital optical storage media containing movies; online retail store services and retail store services featuring gels for use as personal lubricants sexual stimulant gels, topical preparations, namely, gels for enhancing

sexual arousal, enjoyment and response, mobile phone cases, pre-recorded films, tapes and disks, electronic publications, mouse mats, sunglasses, computer games, computer application software for mobile phones, tablets, portable media players, and handheld computers, namely, software for use in anonymous browsing, encryption, anti-tracking protection; online retail store services and retail store services featuring software for network protection, privacy protection, data compression, and data leakage prevention, and magnets, phone hand stands, sex toys, clocks, key rings, key cases, printed matter, writing implements, calendars, diaries, personal organizers, posters, photographs, beer mats, coasters, napkins and serviettes, paper table cloths, promotional decals, pens, pencils, calendars, event programs, gift cards, stickers, bags, cases, skins and hides, umbrellas, parasols; online retail store services and retail store services featuring walking sticks, belts, billfolds, wallets, purses, portfolios, whips, harness, mugs, bottles, porcelain wares, cups, dishware, earthenware, towels, pillows, pillow covers, canvas, bed linen, kitchen linen, table linen, bath linen, clothing, shoes, hats, caps, sandals, belts, boots, footwear, headwear, clothing patches, patches, pins, hair ornaments, ornamental novelty badges, feathers for ornamentation, novelty buttons, shoe ornaments, playing cards, cards; online retail store services and retail store services featuring video game machines for use with television, parlor games, games, electronic cigarettes, cartridges sold filled with propylene glycol for electronic cigarettes; online advertising in the field of adult entertainment

|  |  |  |
|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** 100, 101, 102 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 44(e) | |

**For:** Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to videos via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, bulletin boards and chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes

|  |  |  |
|---|---|---|
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** 100, 101, 104 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 44(e) | |

**For:** Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class

|  |  |  |
|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 44(e) | |

**For:** Providing a website allowing users to download videos and photos in the field of adult entertainment

|  |  |  |
|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** 100, 101 |
| **Class Status:** | ACTIVE | |
| **Basis:** | 44(e) | |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | LICENSING IP INTERNATIONAL S.A R.L. | | |
| **Owner Address:** | 32 BOULEVARD ROYAL<br>LUXEMBOURG LUXEMBOURG L-2449 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | LUXEMBOURG |

23

# Attorney/Correspondence Information

| Attorney of Record | | | |
|---|---|---|---|
| **Attorney Name:** | Alesha M. Dominique | **Docket Number:** | 43277-00928 |
| **Attorney Primary Email Address:** | Trademark@msk.com | **Attorney Email Authorized:** | Yes |

| Correspondent | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Alesha M. Dominique<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 CENTURY PARK EAST<br>18TH FLOOR<br>LOS ANGELES, CALIFORNIA UNITED STATES 90067 | | |
| **Phone:** | 310-312-2000 | **Fax:** | 310-312-3100 |
| **Correspondent e-mail:** | Trademark@msk.com | **Correspondent e-mail Authorized:** | Yes |

| Domestic Representative | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | Alesha M. Dominique | **Phone:** | 310-312-2000 |
| **&nbspDomestic Representative e-mail:** | Trademark@msk.com | **&nbspDomestic Representative e-mail Authorized:** | Yes |

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 13, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 05, 2021 | CORRECTION UNDER SECTION 7 - PROCESSED | |
| Oct. 27, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Apr. 27, 2021 | TEAS SECTION 7 REQUEST RECEIVED | |
| Feb. 16, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 01, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 01, 2020 | PUBLISHED FOR OPPOSITION | |
| Nov. 11, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 27, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 24, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 23, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 23, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 22, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 22, 2020 | NON-FINAL ACTION E-MAILED | |
| Oct. 22, 2020 | NON-FINAL ACTION WRITTEN | |
| Oct. 16, 2020 | HIDDEN SENSITIVE CONTENT | |
| Oct. 01, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 01, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 24, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 02, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jul. 02, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 02, 2020 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 02, 2020 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jul. 02, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 02, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 02, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 25, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Mar. 25, 2020 | NON-FINAL ACTION E-MAILED | |
| Mar. 25, 2020 | NON-FINAL ACTION WRITTEN | |
| Mar. 17, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 17, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |

| | |
|---|---|
| Mar. 17, 2020 | ASSIGNED TO LIE |
| Mar. 10, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 19, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Feb. 19, 2020 | NON-FINAL ACTION E-MAILED |
| Feb. 19, 2020 | NON-FINAL ACTION WRITTEN |
| Feb. 14, 2020 | ASSIGNED TO EXAMINER |
| Nov. 20, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Nov. 19, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Nov. 15, 2019 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | TMO LAW OFFICE 114 | Date in Location: | Nov. 05, 2021 |

# Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: | 1 | Registrant: | MG Licensing Europe S.A.R.L. |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 7677/0354 | Pages: | 12 |
| Date Recorded: | Mar. 31, 2022 | | |
| Supporting Documents: | assignment-tm-7677-0354.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | MG LICENSING EUROPE S.A.R.L. | Execution Date: | Dec. 28, 2021 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | LUXEMBOURG |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | LICENSING IP INTERNATIONAL S.A R.L. | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | LUXEMBOURG |
| Address: | 32 BOULEVARD ROYAL LUXEMBOURG, LUXEMBOURG L-2449 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | FRÉDÉRIQUE GILLESPIE |
| Correspondent Address: | ROBIC LLP 20-630 BOUL RENE-LEVESQUE W MONTREAL, PQC H3B 1S6 |

**Domestic Representative**

| | |
|---|---|
| Domestic Representative Name: | MITCHELL SILBERBERG & KNUPP LLP |
| Domestic Representative Address: | 2049 CENTURY PARK EAST, 18TH FLOOR C/O ALESHA M. DOMINIQUE LOS ANGELES, CA 90067 |

25

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,135,931**

**Registered Aug. 15, 2023**

**Int. Cl.: 25, 35, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

Licensing IP International S.Ã r.l.  (LUXEMBOURG LIMITED LIABILITY COMPANY)
32 Royal Boulevard
Luxemburg, LUXEMBOURG L-2449

CLASS 25: Clothing, namely, shorts, hooded sweatshirts, sweaters, tank tops, flip-flops, lingerie, swimwear, shirts, jackets, tops, sweat shirts, face masks being headwear, neck gaiters, caps; Footwear; Headwear; Hoodies, tanks, t-shirts, sweat pants, shorts; hats

CLASS 35: Online retail store services featuring gels for use as personal lubricants sexual stimulant gels, topical preparations, namely, gels for enhancing sexual arousal, enjoyment and response, mobile phone cases, pre-recorded films, tapes and disks, electronic publications, mouse mats, sunglasses, computer games, computer application software for mobile phones, tablets, portable media players, and handheld computers, namely, software for use in anonymous browsing, encryption, anti-tracking protection; online retail store services and retail store services featuring software for network protection, privacy protection, data compression, and data leakage prevention, and magnets, phone hand stands, sex toys, clocks, key rings, key cases, printed matter, writing implements, calendars, diaries, personal organizers, posters, photographs, beer mats, coasters, napkins and serviettes, paper table cloths, promotional decals, pens, pencils, calendars, event programs, gift cards, stickers, bags, cases, skins and hides, umbrellas, parasols; online retail store services and retail store services featuring walking sticks, belts, billfolds, wallets, purses, portfolios, whips, harness, mugs, bottles, porcelain wares, cups, dishware, earthenware, towels, pillows, pillow covers, canvas, bed linen, kitchen linen, table linen, bath linen, clothing, face masks, neck gaiters, shoes, hats, caps, sandals, belts, boots, footwear, headwear, clothing patches, patches, pins, hair ornaments, ornamental novelty badges, feathers for ornamentation, novelty buttons, shoe ornaments, playing cards, cards; online retail store services and retail store services featuring video game machines for use with television, parlor games, games, electronic cigarettes, cartridges sold filled with propylene glycol for electronic cigarettes; online advertising in the field of adult entertainment

CLASS 38: Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to video content provided via a video-on-demand service via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, online electronic bulletin boards and internet chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



26

data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes

CLASS 41: Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class

CLASS 42: Providing a website allowing users to download videos and photos in the field of adult entertainment

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018651642, FILED 02-09-2022, REG. NO. 018651642, DATED 06-10-2022, EXPIRES 02-09-2032

The mark consists of the literal elements: "MY", "HOBBY" and "DIRTY" within a dialogue ballon.

SER. NO. 97-275,015, FILED 02-18-2022

**Generated on:** This page was generated by TSDR on 2024-04-24 15:22:55 EDT

**Mark:** MY DIRTY HOBBY



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97275015 | **Application Filing Date:** | Feb. 18, 2022 |
| **US Registration Number:** | 7135931 | **Registration Date:** | Aug. 15, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Aug. 15, 2023

**Publication Date:** May 30, 2023

# Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MY DIRTY HOBBY |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the literal elements: "MY", "HOBBY" and "DIRTY" within a dialogue ballon. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 01.15.17 - Balloons, thought or speech; Clouds, thought or speech; Thought or speech clouds |

# Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 018651642 | **Foreign Application Filing Date:** | Feb. 09, 2022 |
| **Foreign Registration Number:** | 018651642 | **Foreign Registration Date:** | Jun. 10, 2022 |
| **Foreign Application/Registration Country:** | EUROPEAN UNION | **Foreign Expiration Date:** | Feb. 09, 2032 |

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Clothing, namely, shorts, hooded sweatshirts, sweaters, tank tops, flip-flops, lingerie, swimwear, shirts, jackets, tops, sweat shirts, face masks being headwear, neck gaiters, caps; Footwear; Headwear; Hoodies, tanks, t-shirts, sweat pants, shorts; hats | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |

**Basis:** 44(e)

**For:** Online retail store services featuring gels for use as personal lubricants sexual stimulant gels, topical preparations, namely, gels for enhancing sexual arousal, enjoyment and response, mobile phone cases, pre-recorded films, tapes and disks, electronic publications, mouse mats, sunglasses, computer games, computer application software for mobile phones, tablets, portable media players, and handheld computers, namely, software for use in anonymous browsing, encryption, anti-tracking protection; online retail store services and retail store services featuring software for network protection, privacy protection, data compression, and data leakage prevention, and magnets, phone hand stands, sex toys, clocks, key rings, key cases, printed matter, writing implements, calendars, diaries, personal organizers, posters, photographs, beer mats, coasters, napkins and serviettes, paper table cloths, promotional decals, pens, pencils, calendars, event programs, gift cards, stickers, bags, cases, skins and hides, umbrellas, parasols; online retail store services and retail store services featuring walking sticks, belts, billfolds, wallets, purses, portfolios, whips, harness, mugs, bottles, porcelain wares, cups, dishware, earthenware, towels, pillows, pillow covers, canvas, bed linen, kitchen linen, table linen, bath linen, clothing, face masks, neck gaiters, shoes, hats, caps, sandals, belts, boots, footwear, headwear, clothing patches, patches, pins, hair ornaments, ornamental novelty badges, feathers for ornamentation, novelty buttons, shoe ornaments, playing cards, cards; online retail store services and retail store services featuring video game machines for use with television, parlor games, games, electronic cigarettes, cartridges sold filled with propylene glycol for electronic cigarettes; online advertising in the field of adult entertainment

| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to video content provided via a video-on-demand service via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, online electronic bulletin boards and internet chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes

| International Class(es): | 038 - Primary Class | U.S Class(es): | 100, 101, 104 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class

| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

**For:** Providing a website allowing users to download videos and photos in the field of adult entertainment

| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|

**Class Status:** ACTIVE

**Basis:** 44(e)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Licensing IP International S.Ã r.l.

**Owner Address:** 32 Royal Boulevard

Luxemburg LUXEMBOURG L-2449

| | |
|---|---|
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** LUXEMBOURG |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Marissa B. Lewis | **Docket Number:** | 43277-01001 |
| **Attorney Primary Email Address:** | Trademark@msk.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Marissa B. Lewis<br>MITCHELL SILBERBERG & KNUPP LLP<br>437 Madison Ave., 25th Floor<br>New York, NEW YORK UNITED STATES 10022 |
| **Phone:** | 212.509.3900 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | Trademark@msk.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative

| | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | Marissa B. Lewis | **Phone:** | 212.509.3900 |
| **&nbspDomestic Representative e-mail:** | Trademark@msk.com | **&nbspDomestic Representative e-mail Authorized:** | Yes |

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 15, 2023 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Aug. 15, 2023 | REGISTERED-PRINCIPAL REGISTER | |
| May 30, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 30, 2023 | PUBLISHED FOR OPPOSITION | |
| May 10, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 24, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 21, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 21, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 20, 2023 | ASSIGNED TO LIE | |
| Jan. 23, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 29, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 29, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 29, 2022 | NON-FINAL ACTION WRITTEN | |
| Nov. 28, 2022 | ASSIGNED TO EXAMINER | |
| Jul. 05, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 05, 2022 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS | |
| Jul. 05, 2022 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Jul. 05, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 05, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 25, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Feb. 24, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Feb. 22, 2022 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Aug. 15, 2023 |

# United States of America

## United States Patent and Trademark Office

# MDH

**Reg. No. 6,193,062**

**Registered Nov. 10, 2020**

**Int. Cl.: 35, 38, 41, 42**

**Service Mark**

**Principal Register**

MG Licensing Europe S.A.R.L.  (LUXEMBOURG LIMITED LIABILITY COMPANY)
32 Boulevard Royal
Luxembourg, LUXEMBOURG L-2449

CLASS 35: Retail store services featuring CDs, DVDs and digital optical storage media containing movies; online retail store services and retail store services featuring gels for use as personal lubricants sexual stimulant gels, topical preparations, namely, gels for enhancing sexual arousal, enjoyment and response, mobile phone cases, pre-recorded films, tapes and disks, electronic publications, mouse mats, sunglasses, computer games, computer application software for mobile phones, tablets, portable media players, and handheld computers, namely, software for use in anonymous browsing, encryption, anti-tracking protection; online retail store services and retail store services featuring magnets, phone hand stands, sex toys, clocks, key rings, key cases, printed matter, writing implements, calendars, diaries, personal organizers, posters, photographs, beer mats, coasters, napkins and serviettes, paper table cloths, promotional decals, pens, pencils, calendars, event programs, gift cards, stickers, bags, cases, skins and hides, umbrellas, parasols; online retail store services and retail store services featuring walking sticks, belts, billfolds, wallets, purses, portfolios, whips, harness, mugs, bottles, porcelain wares, cups, dishware, earthenware, towels, pillows, pillow covers, canvas, bed linen, kitchen linen, table linen, bath linen, clothing, shoes, hats, caps, sandals, belts, boots, footwear, headwear, clothing patches, patches, pins, hair ornaments, ornamental novelty badges, feathers for ornamentation, novelty buttons, shoe ornaments, playing cards, cards; online retail store services and retail store services featuring video game machines for use with television, parlor games, games, electronic cigarettes, cartridges sold filled with propylene glycol for electronic cigarettes; online advertising in the field of adult entertainment

CLASS 38: Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to videos via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, bulletin boards and chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes

CLASS 41: Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via



Director of the United States
Patent and Trademark Office



a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class

CLASS 42: Providing a website allowing users to download videos and photos in the field of adult entertainment

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018146992, FILED 11-06-2019, REG. NO. 018146992, DATED 05-22-2020, EXPIRES 11-06-2029

SER. NO. 88-692,988, FILED 11-14-2019

**Generated on:** This page was generated by TSDR on 2024-04-24 15:28:17 EDT

**Mark:** MDH

# MDH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88692988 | **Application Filing Date:** | Nov. 14, 2019 |
| **US Registration Number:** | 6193062 | **Registration Date:** | Nov. 10, 2020 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Nov. 10, 2020

**Publication Date:** Aug. 25, 2020

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MDH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 018146992 | **Foreign Application Filing Date:** | Nov. 06, 2019 |
| **Foreign Registration Number:** | 018146992 | **Foreign Registration Date:** | May 22, 2020 |
| **Foreign Application/Registration Country:** | EUROPEAN UNION | **Foreign Expiration Date:** | Nov. 06, 2029 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Retail store services featuring CDs, DVDs and digital optical storage media containing movies; online retail store services and retail store services featuring gels for use as personal lubricants sexual stimulant gels, topical preparations, namely, gels for enhancing sexual arousal, enjoyment and response, mobile phone cases, pre-recorded films, tapes and disks, electronic publications, mouse mats, sunglasses, computer games, computer application software for mobile phones, tablets, portable media players, and handheld computers, namely, software for use in anonymous browsing, encryption, anti-tracking protection; online retail store services and retail store services featuring magnets, phone hand stands, sex toys, clocks, key rings, key cases, printed matter, writing implements, calendars, diaries, personal organizers, posters, photographs, beer mats, coasters, napkins and serviettes, paper table cloths, promotional decals, pens, pencils, calendars, event programs, gift cards, stickers, bags, cases, skins and hides, umbrellas, parasols; online retail store services and retail store services featuring walking sticks, belts, billfolds, wallets, purses, portfolios, whips, harness, mugs, bottles, porcelain wares, cups, dishware, earthenware, towels, pillows, pillow covers, canvas, bed linen, kitchen linen, table linen, bath linen, clothing, shoes, hats, caps, sandals, belts, boots, footwear, headwear, clothing patches, patches, pins, hair

ornaments, ornamental novelty badges, feathers for ornamentation, novelty buttons, shoe ornaments, playing cards, cards; online retail store services and retail store services featuring video game machines for use with television, parlor games, games, electronic cigarettes, cartridges sold filled with propylene glycol for electronic cigarettes; online advertising in the field of adult entertainment

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** Video-on-demand transmission services; video broadcasting; electronic, electric and digital transmission of texts, electronic documents, videos and voice data and images all in the field of adult entertainment; broadcasting services and provision of telecommunication access to videos via the internet; Internet broadcasting services, namely, broadcasting programs via the internet; providing online discussion forums, bulletin boards and chat rooms for transmission of messages among computer users; broadcasting being the transmission and delivery of texts, electronic documents, videos and voice data and images by means of the internet; transmission of live videos accessible on the Internet via a webcam; transmission and distribution of texts, electronic documents, videos and voice data and images via a global computer network or the Internet; arranging access to databases on the Internet; web messaging; providing user access to a website allowing users to upload user-generated videos and photos for sharing with others for entertainment and retail purposes

| | | | |
|---|---|---|---|
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** Entertainment services, namely, providing a website featuring non-downloadable videos, photographs, images, audio recordings and texts in the field of adult entertainment via a global computer network; entertainment services, namely, providing a website featuring non-downloadable texts, electronic documents, videos and voice data and images, multimedia materials, magazines, and television programs in the field of adult entertainment; producing films and television programs and transmissions in the nature of films and television programs, CDs featuring adult entertainment, DVDs featuring adult entertainment, digital optical storage media featuring adult entertainment and other digital data carriers featuring adult entertainment, included in this class

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

**For:** Providing a website allowing users to download videos and photos in the field of adult entertainment

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 44(e) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | Yes |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | LICENSING IP INTERNATIONAL S.A R.L. |
| **Owner Address:** | 32 BOULEVARD ROYAL<br>LUXEMBOURG LUXEMBOURG L-2449 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** LUXEMBOURG

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Alesha M. Dominique | **Docket Number:** | 43277 |
| **Attorney Primary Email Address:** | Trademark@msk.com | **Attorney Email Authorized:** | Yes |

| | Correspondent |
|---|---|
| **Correspondent Name/Address:** | Alesha M. Dominique<br>MITCHELL SILBERBERG & KNUPP LLP<br>2049 CENTURY PARK EAST<br>18TH FLOOR<br>LOS ANGELES, CALIFORNIA UNITED STATES 90067 |
| **Phone:** | 310-312-2000 |
| **Correspondent e-mail:** | Trademark@msk.com emk@msk.com |

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 13, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Nov. 10, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 30, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 30, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 30, 2020 | TEAS WITHDRAWAL AS DOMESTIC REPRESENTATIVE RECEIVED | |
| Oct. 30, 2020 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Oct. 30, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 30, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 30, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 25, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 25, 2020 | PUBLISHED FOR OPPOSITION | |
| Aug. 05, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 21, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 21, 2020 | EXAMINER'S AMENDMENT ENTERED | |
| Jul. 21, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jul. 21, 2020 | EXAMINERS AMENDMENT E-MAILED | |
| Jul. 21, 2020 | EXAMINERS AMENDMENT -WRITTEN | |
| Jul. 08, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 08, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 06, 2020 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Mar. 25, 2020 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Mar. 25, 2020 | LETTER OF SUSPENSION E-MAILED | |
| Mar. 25, 2020 | SUSPENSION LETTER WRITTEN | |
| Mar. 17, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 17, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 17, 2020 | ASSIGNED TO LIE | |
| Mar. 10, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 19, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Feb. 19, 2020 | NON-FINAL ACTION E-MAILED | |
| Feb. 19, 2020 | NON-FINAL ACTION WRITTEN | |
| Feb. 14, 2020 | ASSIGNED TO EXAMINER | |
| Nov. 21, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 18, 2019 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Nov. 10, 2020 |

# Assignment Abstract Of Title Information

**Summary**