UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICENSING IP INTERNATIONAL S.A.R.L., | Case No. 24-cv-02800-JST |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF LICENSING IP INTERNATIONAL S.A.R.L.'S MOTION FOR DEFAULT JUDGMENT** |
| MYDIRTYHOBBY.TO, et al., | |
| Defendants. | Re: ECF No. 22 |

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation, ECF No. 33, to grant Plaintiff's motion for default judgment, ECF No. 22, against the domain names "mydirtyhobby.to," "mdh.to," and "watchmdh.to" (the "Disputed Domain Names"). Plaintiff served Defendants with the report and recommendation on February 24, 2025. ECF No. 34. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, default judgment against Defendants is granted and judgment is entered in favor of Plaintiff and against Defendants as follows:

1. Plaintiff's motion for default judgment is granted;

2. It is hereby ordered that the Tonga Network Information Center a/k/a Tonic or other registrar of the Disputed Domain Names transfer to Plaintiff the Disputed Domain Names; and

3. It is further ordered that the Tonga Network Information Center a/ka Tonic or other registrar of the Disputed Domain Names transfer to Plaintiff the domain names "watchdirty.to" and any other ".to" domain names registered by the registrants of the

1        Disputed Domain Names that are confusingly similar to Plaintiffs' federally registered

2        trademarks.

3       The Clerk shall enter judgment and close the file.

4       **IT IS SO ORDERED.**

5  Dated:  March 21, 2025



                      JON S. TIGAR

             United States District Judge

United States District Court
Northern District of California