United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICENSING IP INTERNATIONAL S.A.R.L., | Case No. 24-cv-02800-JST |
| Plaintiff, | |
| v. | **CLERK'S JUDGMENT** |
| MYDIRTYHOBBY.TO, et al., | Re: Dkt. No. 35 |
| Defendants. | |

Pursuant to the ORDER ADOPTING REPORT AND RECOMMENDATION AND

GRANTING PLAINTIFF LICENSING IP INTERNATIONAL S.A.R.L.'S MOTION FOR

DEFAULT JUDGMENT signed March 21, 2025, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 21, 2025

Mark B. Busby
Clerk, United States District Court



By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR